United States District Court
Southern District of Texas
**ENTERED**
December 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PENNY ALVAREZ, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02058 |
| MFK, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Motion for Approval of FLSA Settlement, filed on November 15, 2023. Doc. #52. The Court finds that the settlement is a fair and reasonable compromise of a bona fide dispute. Therefore, it is hereby ORDERED that the Joint Motion for Approval of FLSA Settlement is GRANTED. The Court approves notice of the settlement by United States First Class Mail, email, and text, and a reminder notice is permitted 30 days prior to the expiration of the 60-day opt-in period. The Court approves the individual awards identified in Exhibit A of the Settlement Agreement, and further approves the use of the formula identified in Exhibit C. Doc. #52, Ex. 5 at 14, 16. The Court also approves the service awards of $400.00 each to Penny Alvarez, Michael Collazo, Devin Harris, Gina Wright, Bianca Florez, and Jessica Brady, as identified in Exhibit B of the Settlement Agreement. *Id.* at 15. Plaintiffs' counsel may file a motion for approval of reasonable attorneys' fees and expenses no later than 30 days after the close of the settlement opt-in period.

It is further ORDERED that the parties will submit a list of opt-in Plaintiffs within 30 days after the close of the opt-in period, and those claims will be dismissed with prejudice, each party

to bear their own respective costs. Claims of putative collective members who do not opt-in will be dismissed without prejudice, reserving their rights to file individual claims.

It is so ORDERED.

DEC 1 5 2023
Date

_____
The Honorable Alfred H. Bennett
United States District Judge