UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PENNY ALVAREZ, MICHAEL COLLAZO, DEVIN HARRIS and individually and on behalf of all persons similarly situated,** : : : : : | |
| **Plaintiffs,** : : | Civil Action No.: 4:21-cv-02058 |
| **v.** : : | |
| **MFK, LLC d.b.a. MOBILELINK, MOBILELINK, LLC, MOBILELINK VIRGINIA, LLC, MOBILELINK TENNESSEE, LLC, and MOBILELINK WEST VIRGINIA, LLC** : : : : : : | |
| **Defendants.** : | |

**JOINT MOTION FOR APPROVAL OF REVISED FLSA SETTLEMENT**

Plaintiffs, Penny Alvarez, Michael Collazo, Devin Harris, Gina Wright, Bianca Florez and Jessica Brady, individually and on behalf of all others similarly situated, and Defendants, MFK, LLC d/b/a Mobilelink, Mobilelink, LLC, Mobilelink Virginia, LLC, Mobilelink Tennessee, LLC, Mobilelink West Virginia, LLC, Mobilelink Arkansas, LLC, and Mobilelink Pittsburgh, LLC, hereby move the Court to approve their revised settlement agreement. The grounds in support of this motion are set forth in their supporting memorandum, declaration, and exhibits filed contemporaneously herewith.

| | |
|---|---|
| */s/ James R. Bullman* | */s/ Michael DePonte* |
| James R. Bullman | Michael DePonte |
| BLACKWELL & BULLMAN, LLC | JACKSON LEWIS, PC |
| 8322 One Calais Avenue | 500 N. Akard Street; Suite 2500 |
| Baton Rouge, Louisiana 70809 | Dallas, Texas 75201 |
| Tel: (225) 769-2462 | Tel: (214) 520-2400 |
| Fax: (225) 769-2463 | Fax: (214) 734-3955 |
| Email: james@blackwell-bullman.com | Email: Michael.DePonte@jacksonlewis.com |

| | |
|---|---|
| */s/ Scott E. Brady* <br> Scott Brady <br> Philip Bohrer <br> BOHRER BRADY, LLC <br> 8712 Jefferson Highway, Suite B <br> Baton Rouge, LA 70809 <br> Tel: (225) 925-5297 <br> Fax: (225) 231-7000 <br> Email:  scott@bohrerbrady.com <br> Email:  phil@bohrerbrady.com <br><br> ATTORNEYS FOR PLAINTIFFS | */s/ Juliana C. Gaige* <br> Juliana C. Gaige <br> JACKSON LEWIS <br> 717 Texas Avenue, Suite 1700 <br> Houston, Texas 77002 <br> Telephone: (713) 650-0404 <br> Facsimile: (713) 650-0405 <br> Email: Juliana.gaige@jacksonlewis.com <br><br> ATTORNEYS FOR DEFENDANT |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 26, 2025, the foregoing was served by e-mail upon all counsel of record, and electronically filed with the Clerk of Court using the CM/ECF system.

                                                                                                     */s/ Scott E. Brady*
                                                                                                      Scott E. Brady